# EXHIBIT
# A

Date: March 1, 2013

**To:**
M. Ebadur Rahman,
IH Engineers, P.C.
103 College Road East
1st Floor
Princeton, New Jersey 08540

U.S.P.S. Certified Mail Number 7011 0470 0003 5510 6488

**From:**
Evan Spencer
285 Aycrigg Avenue
Apt. #10b
Passaic, New Jersey [07055]

Greetings M. Ebadur Rahman,

I am pleased to affirm that you and or IH Engineers, P.C.'s voluntary assignment was released as withholding agent(s) from any withholding obligations or claims or to the liabilities thereof EVAN SPENCER (see enclosed). Thank you very much for your services in this matter.

Yours Truly,

Evan Spencer

**Enclosed:**
Affidavit, (2) W4-T, (2) NJ-W4

# EXHIBIT
## A

CERTIFIED AS TRUE COPY
OF

_COVER LETTER_

_APRIL 18, 2014_    _1_
Date Certified       Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

## AFFIDAVIT

**State of New Jersey**  )
                          ) SS:
**County of Passaic**     )

BE IT ACKNOWLEDGED, Evan-Christopher: Spencer does affirm by his signature hereon, of 285 Aycrigg Avenue, Apartment Number 10b, Passaic, New Jersey [07055] the undersigned

Affiant, being of legal age, is competent to state the matters included in his declarations, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in this affidavit are true, correct, and not meant to be misleading,

Affiant does hereby depose and say under oath as follows:

1. I affirm that on February 15, 2012, I released IH Engineers, P.C. located at College Road East 1st Floor, Princeton, New Jersey 08540 and Olympic Payroll located at 64 US Highway 46 West Pinebrook, New Jersey 07058 as Withholding Agent(s) from any withholding obligations or claims withholding F.I.C.A., S.U./D.I. tax(es), income and or any and all liability(ies) from my weekly accrued earnings under Form NJ-W4, Form W-4T dated and submitted February 15, 2012 (see attached), accepted by IH Engineers, P.C. and Olympic Payroll as of February 21, 2012;

2. Affiant incurred no liability for income tax imposed under subtitle A of the internal revenue code for this proceeding table year and believes he will incur no liability for income tax imposed by subtitle A for his current taxable year;

3. I affirm as of February 15, 2012 I am the Authorized Representative responsible for any withholding obligations or claims, any and all tax(es), income and or any and all liability(ies) that may be due and or that may be deemed due by the internal revenue service.

# EXHIBIT
## A

CERTIFIED AS TRUE COPY
OF

*AFFIDAVIT*

*APRIL 18, 2014*     *1 OF 2*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Further, Affiant saith naught.

_____     2 | 21 | 2013
(Signer)Authorized Representative, All Rights Reserved          (Date)

Subscribed and sworn to before me on _February 21_ , 2013 by _Evan Spencer_
                                                                    (Affiant's Name)

_Tiwanda Randolph_
Notary Name

My Commission Expires _03/27/13_  _Tiwanda Randolph_  _2/21/13_
TIWANDA M. RANDOLPH          (Notary Signature)      (Date)
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/27/2012

# EXHIBIT

A

CERTIFIED AS TRUE COPY
OF

_AFFIDAVIT_

_April 18, 2014_   _2 OF 2_
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

| Form **W-4T**<br>(Rev. November 1998) | **Voluntary Withholding Agreement**<br>**Termination or Withdrawal from W-4 agreement**<br><br>▶ Voluntary Withholding Agreements—26 C.F.R. §31.3402(p)-1 | |
|---|---|---|
| Employer's name and address | | Employer identification number |

**Submitted for:**

☑ In lieu of W-4, *Employee's Withholding Certificate.* Employer will not make any payroll withholding. Employee is responsible for all taxes.

☐ Termination of previous W-4 agreement. Beginning effective on the last day of pay period in _NONE_ of _NONE_ .

Employee's Liability Release Statement:

I _EVAN (Print) SPENCER_ , understand that termination or withdrawal of a W-4, *Employee's Withholding Certificate,* releases the employer from any obligation to make payroll withholdings. Furthermore, I understand that I am responsible for all taxes due and I release the employer from any tax liability associated with this employee.

I certify that the foregoing statement is correct and I release the employer from any withholding obligations or claims.

**Employee's signature**

▶ _[signature] WITHOUT RECOURSE ALL RIGHTS RESERVED_          Date ▶ _2/15/2012_

**Employee's information**

| Type or print employee/payee first name and initial | Last name | Social security number (write "None" if you do not have a SSN or "Declined" if you do not wish to provide a SSN) |
|---|---|---|
| _EVAN_     _C._ | _SPENCER_ | |

Home address (number and street or rural route)

_285 AYONOG AVENUE # 10B_

City or town, State and ZIP code

_PASSAIC N.J. 07055_

Sec. 31.3402(p)-1  Voluntary withholding agreements.
(a) In general. An employee and his employer may enter into an agreement under section 3402(b) to provide for the withholding of income tax upon payments of amounts described in paragraph (b)(1) of Sec. 31.3401(a)-3, made after December 31, 1970.
(b) Form and duration of agreement. (1)(I) Except as provided in subdivision (ii) of this subparagraph, an employee who desires to enter into an agreement under section 3402(p) shall furnish his employer with Form W-4 (withholding exemption certificate) executed in accordance with the provisions of section 3402(f) and the regulations thereunder. The furnishing of such Form W-4 shall constitute a request for withholding.
(c) A statement that the employee desires withholding of Federal income tax, and applicable, of qualified State individual income tax (see paragraph (d)(3)(I) of Sec. 301.6361-1 of this chapter (Regulations on Procedures and Administration)), and
(d) If the employee desires that the agreement terminate on a specific date, the date of termination of the agreement. If accepted by the employer as provided in subdivision (iii) of this subparagraph, the request shall be attached to, and constitute part of, the employee's Form W-4. An employee who furnishes his employer a request for withholding under this subdivision shall also furnish such employer with Form W-4 if such employee does not already have a Form W-4 in effect with such employer. (iii) No request for withholding under section 3402(p) shall be effective as an agreement between an employer and an employee until the employer accepts the request by commencing to withhold from the amounts with respect to which the request was made. (2) An agreement under section 3402 (p) shall be effective for such period as the employer and employee mutually agree upon. However, either the employer or the employee may terminate the agreement prior to the end of such period by furnishing a signed written notice to the other. Unless the employer and employee agree to an earlier termination date, the notice shall be effective with respect to the first payment of an amount in respect of which the agreement is in effect which is made on or after the first "status determination date" (January 1, May 1, July 1, and October 1 of each year) that occurs at least 30 days after the date on which the notice is furnished. If the employee executes a new Form W-4, the request upon which an agreement under section 3402 (p) is based shall be attached to, and constitute a part of, such new Form W-4.

Public Domain Form—W-4T

# EXHIBIT
A

CERTIFIED AS TRUE COPY
OF

*FORM  W-4T-2012*

*APRIL 18, 2014      1*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Form N.
(3-07, F

**State of New Jersey - Division of Taxation**
**Employee's Withholding Allowance Certificate**

| 1. SS# | | 2. Filing Status: (Check only one box) |
|---|---|---|
| Name EVAN SPENCER | | 1. ☐ Single |
| Address 285 AVCRIGG AVENUE #10B | | 2. ☐ Married/Civil Union Couple Joint |
| | | 3. ☐ Married/Civil Union Couple Separate |
| City PHSSHIC | State NJ  Zip 07055 | 4. ☐ Head of Household |
| | | 5. ☐ Qualifying Widow(er)/Surviving Civil Union Partner |

| | |
|---|---|
| 3. If you have chosen to use the chart from instruction A, enter the appropriate letter here . . . . . . . . . . | 3. ○ |
| 4. Total number of allowances you are claiming (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4. ○ |
| 5. Additional amount you want deducted from each pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. $ ○ |
| 6. I claim exemption from withholding of NJ Gross Income Tax and I certify that I have met the conditions in the instructions of the NJ-W4. If you have met the conditions, enter "EXEMPT" here . . . | 6. EXEMPT |
| 7. Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status. | |

| Employee's Signature | Date 2/15/2012 |
|---|---|
| Employer's Name and Address | Employer Identification Number |

**BASIC INSTRUCTIONS**

Line 1   Enter your name, address and social security number in the spaces provided.

Line 2   Check the box that indicates your filing status. If you checked Box 1 (Single) or Box 3 (Married/Civil Union Couple Separate) you will be withheld at Rate A.

> *Note:* If you have checked Box 2 (Married/Civil Union Couple Joint), Box 4 (Head of Household) or Box 5 (Qualifying Widow(er)/Surviving Civil Union Partner) and either your spouse/civil union couple works or you have more than one job or more than one source of income and the combined total of all wages is greater than $50,000, see instruction A below.
>
> If you do not complete Line 3, you will be withheld at Rate B.

Line 3   If you have chosen to use the wage chart below, enter the appropriate letter.

Line 4   Enter the number of allowances you are claiming. Entering a number on this line will decrease the amount of withholding and could result in an underpayment on your return.

Line 5   Enter the amount of additional withholdings you want deducted from each pay.

Line 6   Enter "EXEMPT" to indicate that you are exempt from New Jersey Gross Income Tax Withholdings, if you meet one of the following conditions:
- Your filing status is **SINGLE or MARRIED/CIVIL UNION COUPLE SEPARATE** and your wages plus your taxable non-wage income will be $10,000 or less for the current year.
- Your filing status is **MARRIED JOINT/CIVIL UNION COUPLE**, and your wages combined with your spouse's/civil union partner wages plus your taxable non-wage income will be $20,000 or less for the current year.
- Your filing status is **HEAD OF HOUSEHOLD or QUALIFYING WIDOW(ER)/SURVIVING CIVIL UNION PARTNER** and your wages plus your taxable non-wage income will be $20,000 or less for the current year.

Your exemption is good for **ONE** year only. You must complete and submit a form each year certifying you have no New Jersey Gross Income Tax liability and claim exemption from withholding. If you have questions about eligibility, filing status, withholding rates, etc. when completing this form, call the Division of Taxation's Customer Service Center at 609-292-6400.

**Instruction A - Wage Chart**

This chart is designed to increase withholdings on your wages, if these wages will be taxed at a higher rate due to inclusion of other wages or income on your NJ-1040 return. **It is not intended to provide withholding for other income or wages.** If you need additional withholdings for other income or wages use Line 5 on the NJ-W4. This Wage Chart applies to taxpayers who are married/civil union couple filing jointly, heads of households or qualifying widow(ers)/surviving civil union partner. **Single individuals or married/civil union couples filing separate returns do not need to use this chart.** If you have indicated filing status #2, 4 or 5 on the above NJ-W4 and your taxable income is greater than $50,000, you should strongly consider using the Wage Chart. (See the Rate Tables on the reverse side to estimate your withholding amount.)

**HOW TO USE THE CHART**

1) Find the amount of your wages in the left-hand column.

2) Find the amount of the total for all other wages (including your spouse's wages) along the top row.

3) Follow along the row that contains your wages until you come to the column that contains the other wages.

4) This meeting point indicates the Withholding Table that best reflects your income situation.

5) If you have chosen this method, enter the "letter" of the withholding rate table on Line 3 of the NJ-W4.

*NOTE:* If your income situation substantially increases (or decreases) in the future, you should resubmit a revised NJ-W4 to your employer.

**THIS FORM MAY BE REPRODUCED**

**WAGE CHART**

| Total of All Other Wages | 0 – 10,000 | 10,001 – 20,000 | 20,001 – 30,000 | 30,001 – 40,000 | 40,001 – 50,000 | 50,001 – 60,000 | 60,001 – 70,000 | 70,001 – 80,000 | 80,001 – 90,000 | OVER 90,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| **0 – 10,000** | B | B | B | B | B | B | B | B | B | B |
| **10,001 – 20,000** | B | B | B | B | C | C | C | C | C | C |
| **20,001 – 30,000** | B | B | B | A | A | D | D | D | D | D |
| **30,001 – 40,000** | B | B | A | A | A | A | A | E | E | E |
| **40,001 – 50,000** | B | C | A | A | A | A | A | E | E | E |
| **50,001 – 60,000** | B | C | D | A | A | A | E | E | E | E |
| **60,001 – 70,000** | B | C | D | A | A | E | E | E | E | E |
| **70,001 – 80,000** | B | C | D | E | E | E | E | E | E | E |
| **80,001 – 90,000** | B | C | D | E | E | E | E | E | E | E |
| **over 90,000** | B | C | D | E | E | E | E | E | E | E |

(Left column labeled vertically: Y O U R  W A G E S)

# EXHIBIT
A

CERTIFIED AS TRUE COPY
OF

*FORM NJ-W4-2012*

*APRIL 18, 2014*
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Form **W-4T**
(Rev. November 1998)

## Voluntary Withholding Agreement
### Termination or Withdrawal from W-4 agreement

▶ Voluntary Withholding Agreements—26 C.F.R. §31.3402(p)-1

Employer's name and address
*TH ENGINEERS, P.C.*
*103 College Road East, 1st Floor*
*Princeton, New Jersey 08540*

Employer identification number
*20 0000070*

**Submitted for:**

☑ In lieu of W-4, *Employee's Withholding Certificate*. Employer will not make any payroll withholding. Employee is responsible for all taxes.

☐ Termination of previous W-4 agreement. Beginning effective on the last day of pay period in _____ enter month _____ of _____ year _____.

Employee's Liability Release Statement

I _____ *Evan Spencer* here _____, understand that termination or withdrawal of a W-4, *Employee's Withholding Certificate*, releases the employer from any obligation to make payroll withholdings. Furthermore, I understand that I am responsible for all taxes due and I release the employer from any tax liability associated with this employee.

I certify that the foregoing statement is correct and I release the employer from any withholding obligations or claims.

**Employee's signature**

▶ *Without Recourse, Authorized Representative, All Rights Reserved*

Date ▶ *2/15/13*

**Employee's information**

Type or print employee/payee first name and initial: *EVAN C.*     Last name: *SPENCER*

Social security number (write "None" if you do not have a SSN or "Declined" if you do not wish to provide a SSN)

Home address (number and street or rural route)
*285 Aycrigg Avenue #116*

City or town, State and ZIP code
*PASSAIC, NJ 07055*

Sec. 31.3402(p)-1  Voluntary withholding agreements.
(a) In general. An employee and his employer may enter into an agreement under section 3402(b) to provide for the withholding of income tax upon payments of amounts described in paragraph (b)(1) of Sec. 31.3401(a)-3, made after December 31, 1970.
(b) Form and duration of agreement. (1)(I) Except as provided in subdivision (ii) of this subparagraph, an employee who desires to enter into an agreement under section 3402(p) shall furnish his employer with Form W-4 (withholding exemption certificate) executed in accordance with the provisions of section 3402(f) and the regulations thereunder. The furnishing of such Form W-4 shall constitute a request for withholding.
(c) A statement that the employee desires withholding of Federal income tax, and applicable, of qualified State individual income tax (see paragraph (d)(3)(I) of Sec. 301.6361-1 of this chapter (Regulations on Procedures and Administration)), and
(d) If the employee desires that the agreement terminate on a specific date, the date of termination of the agreement. If accepted by the employer as provided in subdivision (iii) of this subparagraph, the request shall be attached to, and constitute part of, the employee's Form W-4. An employee who furnishes his employer a request for withholding under this subdivision shall also furnish such employer with Form W-4 if such employee does not already have a Form W-4 in effect with such employer. (iii) No request for withholding under section 3402(p) shall be effective as an agreement between an employer and an employee until the employer accepts the request by commencing to withhold from the amounts with respect to which the request was made. (2) An agreement under section 3402 (p) shall constitute the agreement of the employer and employee mutually agree upon. However, either the employer or the employee may terminate the agreement prior to the end of such period by furnishing a signed written notice to the other. Unless the employer and employee agree to an earlier termination date, the notice shall be effective with respect to the first payment of an amount in respect of which the agreement is in effect which is made on or after the first "status determination date" (January 1, May 1, July 1, and October 1 of each year) that occurs at least 30 days after the date on which the notice is furnished. If the employee executes a new Form W-4, the request upon which an agreement under section 3402 (p) is based shall be attached to, and constitute a part of, such new Form W-4.

Public Domain Form—W-4T

# EXHIBIT
## A

CERTIFIED AS TRUE COPY
OF

*FORM W-9T-2013*

*April 18, 2014*      /
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Form NJ-W4
(3-07, R-12)

**State of New Jersey - Division of Taxation**
**Employee's Withholding Allowance Certificate**

| 1. SS# 075 66 3673 | 2. Filing Status: (Check only one box) |
|---|---|
| Name *Evan Spencer* | 1. ☐ Single |
| Address *285 Ayerigg Avenue # 16b* | 2. ☐ Married/Civil Union Couple Joint |
| | 3. ☐ Married/Civil Union Couple Separate |
| City *Passaic*   State *N.J.*   Zip *07055* | 4. ☐ Head of Household |
| | 5. ☐ Qualifying Widow(er)/Surviving Civil Union Partner |

| | |
|---|---|
| 3. If you have chosen to use the chart from instruction A, enter the appropriate letter here . . . . . . . . . . | 3. O |
| 4. Total number of allowances you are claiming (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4. O |
| 5. Additional amount you want deducted from each pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. $ O |
| 6. I claim exemption from withholding of NJ Gross Income Tax and I certify that I have met the conditions in the instructions on the NJ-W4. If you have met the conditions, enter "EXEMPT" here . . . | 6. *EXEMPT* |
| 7. Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status. | |

Employee's Signature *[signature]*   Date *2/15/13*

Employer's Name and Address *IH ENGINEERS, P.C. NJ Collegiate St East, 1st Floor, Newark, NJ. 07104*   Employer Identification Number *2C CCC6C7C*

**BASIC INSTRUCTIONS**
Line 1   Enter your name, address and social security number in the spaces provided.
Line 2   Check the box that indicates your filing status. If you checked Box 1 (Single) or Box 3 (Married/Civil Union Couple Separate) you will be withheld at Rate A.
   *Note:* If you have checked Box 2 (Married/Civil Union Couple Joint), Box 4 (Head of Household) or Box 5 (Qualifying Widow(er)/Surviving Civil Union Partner) and either your spouse/civil union couple works or you have more than one job or more than one source of income and the combined total of all wages is greater than $50,000, see instruction A below. If you do not complete Line 3, you will be withheld at Rate B.
Line 3   If you have chosen to use the wage chart below, enter the appropriate letter.
Line 4   Enter the number of allowances you are claiming. Entering a number on this line will decrease the amount of withholding and could result in an underpayment on your return.
Line 5   Enter the amount of additional withholdings you want deducted from each pay.
Line 6   Enter "EXEMPT" to indicate that you are exempt from New Jersey Gross Income Tax Withholdings, if you meet one of the following conditions:
   • Your filing status is SINGLE or MARRIED/CIVIL UNION COUPLE SEPARATE and your wages plus your taxable non-wage income will be $10,000 or less for the current year.
   • Your filing status is MARRIED JOINT/CIVIL UNION COUPLE, and your wages combined with your spouse's/civil union partner wages plus your taxable non-wage income will be $20,000 or less for the current year.
   • Your filing status is HEAD OF HOUSEHOLD or QUALIFYING WIDOW(ER)/SURVIVING CIVIL UNION PARTNER and your wages plus your taxable non-wage income will be $20,000 or less for the current year.
Your exemption is good for ONE year only. You must complete and submit a form each year certifying you have no New Jersey Gross Income Tax liability and claim exemption from withholding. If you have questions about eligibility, filing status, withholding rates, etc. when completing this form, call the Division of Taxation's Customer Service Center at 609-292-6400.

**Instruction A - Wage Chart**
This chart is designed to increase withholdings on your wages, if these wages will be taxed at a higher rate due to inclusion of other wages or income on your NJ-1040 return. It is not intended to provide withholding for other income or wages. If you need additional withholdings for other income or wages use Line 5 on the NJ-W4. This Wage Chart applies to taxpayers who are married/civil union couple filing jointly, heads of households or qualifying widow(ers)/surviving civil union partner. Single individuals or married/civil union couples filing separate returns do not need to use this chart. If you have selected filing status #2, 4 or 5 on the above NJ-W4 and your taxable income is greater than $50,000, you should strongly consider using the Wage Chart. (See the Rate Tables on the reverse side to estimate your withholding amount).

**HOW TO USE THE CHART**

1) Find the amount of your wages in the left-hand column.

2) Find the amount of the total for all other wages (including your spouse's wages) along the top row.

3) Follow along the row that contains your wages until you come to the column that contains the other wages.

4) This meeting point indicates the Withholding Table that best reflects your income situation.

5) If you have chosen this method, enter the "letter" of the withholding rate table on Line 3 of the NJ-W4.

*NOTE:* If your income situation substantially increases (or decreases) in the future, you should resubmit a revised NJ-W4 to your employer.

**THIS FORM MAY BE REPRODUCED**

**WAGE CHART**

| Total of All Other Wages | 0 10,000 | 10,001 20,000 | 20,001 30,000 | 30,001 40,000 | 40,001 50,000 | 50,001 60,000 | 60,001 70,000 | 70,001 80,000 | 80,001 90,000 | OVER 90,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 10,000 | B | B | B | B | B | B | B | B | B | B |
| 10,001 20,000 | B | B | B | B | C | C | C | C | C | C |
| 20,001 30,000 | B | B | B | A | A | D | D | D | D | D |
| 30,001 40,000 | B | B | A | A | A | A | A | E | E | E |
| 40,001 50,000 | B | C | A | A | A | A | A | E | E | E |
| 50,001 60,000 | B | C | D | A | A | A | E | E | E | E |
| 60,001 70,000 | B | C | D | A | A | E | E | E | E | E |
| 70,001 80,000 | B | C | D | E | E | E | E | E | E | E |
| 80,001 90,000 | B | C | D | E | E | E | E | E | E | E |
| over 90,000 | B | C | D | E | E | E | E | E | E | E |

(Y O U R   W A G E S on left side)

# EXHIBIT
## A

CERTIFIED AS TRUE COPY
OF

*FORM N.J-W4-2013*

*April 18, 2014*      /
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _C Greco_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_C Greco_   3/4/13

1. Article Addressed to: H. Ebadur Rahman

IH ENGINEERS, P.C.
103 College Road East, 1st floor
Princeton, New Jersey 08540

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 5510 6488

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

PRINCETON NJ 08540

| | | |
|---|---|---|
| Postage | $0.66 | 0701 |
| Certified Fee | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.55 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.31 | 03/02/2013 |

Mr. Ebadur Rahman, IH ENGINEERS, P.C.
103 College Road East, 1st floor
Princeton, New Jersey 08540

PS Form 3800, August 2006

7011 0470 0003 5510 6488

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

E. C. Spencer
285 Ayorigg Avenue #106
Passaic, New Jersey 07055

# EXHIBIT

## A

CERTIFIED AS TRUE COPY
OF

*U.S.P.S CERTIFIED MAIL,*

*RETURN RECEIPTS*

*April 18, 2014*          /

Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

```
=======================================
            ELMWOOD PARK
      ELMWOOD PARK, New Jersey
              074079998
            3356730701-0096
  03/02/2013 (800)275-8777 01:20:04 PM
=======================================
============= Sales Receipt ============
Product          Sale Unit     Final
Description       Qty  Price    Price
_____
PRINCETON NJ 08540            $0.66
Zone-1 First-Class
Letter
 1.50 oz.
 Expected Delivery: Mon 03/04/13
 Return Rcpt (Green          $2.55
 Card)
 @@ Certified               $3.10
 Label #:    70110470000355106488
                             ========
 Issue PVI:                   $6.31

PINE BROOK NJ 07058          $0.66
Zone-1 First-Class
Letter
 1.50 oz.
 Expected Delivery: Mon 03/04/13
 Return Rcpt (Green          $2.55
 Card)
 @@ Certified               $3.10
 Label.#:    70110470000355106495
                             ========
 Issue PVI:                   $6.31

                             ==========
Total:                       $12.62

Paid by:
Cash                         $20.02
Change Due:    .            -$7.40

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

If you or a loved one receives a
solicitation for a foreign lottery,
report it to the U.S. Postal
Inspection Service.

For more information about this or
other scams involving the mail,
visit DeliveringTrust.com or
https://postalinspectors.uspis.gov/,
or call 1-877-876-2455.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000402000813
Clerk:05

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
************************************
************************************
       HELP US SERVE YOU BETTER

             Go to:
    https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

        YOUR OPINION COUNTS
************************************
************************************

           Customer Copy

# EXHIBIT
## A

CERTIFIED AS TRUE COPY
OF

*U.S.P.S CERTIFIED MAIL,*

*RETURN RECEIPT—PROOF OF PURCHASE*

*April 18, 2014*        *1*
Date Certified          Page(s)

Notary 

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

# EXHIBIT
# B

Date: March 1, 2013

**To:**
Nick Vlahos, President
Olympic Payroll
64 US Highway 46 West
Pinebrook, New Jersey 07058

U.S.P.S. Certified Mail Number 7011 0470 0003 5510 6495

**From:**
Evan Spencer
285 Aycrigg Avenue
Apt. #10b
Passaic, New Jersey [07055]

Greetings Nick Vlahos,

     I am pleased to affirm that you and or OLYMPIC PAYROLL's voluntary assignment was released as withholding agent(s) from any withholding obligations or claims or to the liabilities thereof EVAN SPENCER (see attached). Thank you very much for your services in this matter.

Yours Truly,

Evan Spencer

**Enclosed:**
Affidavit, (2) W4-T, (2) NJ-W4

# EXHIBIT
## B

CERTIFIED AS TRUE COPY
OF

_COVER LETTER_

_APRIL 18, 2014_        _1_
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

## AFFIDAVIT

| | |
|---|---|
| **State of New Jersey** | ) |
| | ) SS: |
| **County of Passaic** | ) |

      BE IT ACKNOWLEDGED, Evan-Christopher: Spencer does affirm by his signature hereon, of 285 Aycrigg Avenue, Apartment Number 10b, Passaic, New Jersey [07055] the undersigned

Affiant, being of legal age, is competent to state the matters included in his declarations, has knowledge of the facts, and declares that to the best of his knowledge, the statements made in this affidavit are true, correct, and not meant to be misleading,

Affiant does hereby depose and say under oath as follows:

1. I affirm that on February 15, 2012, I released IH Engineers, P.C. located at College Road East 1st Floor, Princeton, New Jersey 08540 and Olympic Payroll located at 64 US Highway 46 West Pinebrook, New Jersey 07058 as Withholding Agent(s) from any withholding obligations or claims withholding F.I.C.A., S.U./D.I. tax(es), income and or any and all liability(ies) from my weekly accrued earnings under Form NJ-W4, Form W-4T dated and submitted February 15, 2012 (see attached), accepted by IH Engineers, P.C. and Olympic Payroll as of February 21, 2012;

2. Affiant incurred no liability for income tax imposed under subtitle A of the internal revenue code for this proceeding table year and believes he will incur no liability for income tax imposed by subtitle A for his current taxable year;

3. I affirm as of February 15, 2012 I am the Authorized Representative responsible for any withholding obligations or claims, any and all tax(es), income and or any and all liability(ies) that may be due and or that may be deemed due by the internal revenue service.

# EXHIBIT
## B

CERTIFIED AS TRUE COPY
OF

_AFFIDAVIT_

_APRIL 18, 2014_    _1 OF 2_
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Further, Affiant saith naught.

_____     $\frac{2}{}$ | $21$ | $2013$
(Signer)Authorized Representative, All Rights Reserved     (Date)

Subscribed and sworn to before me on February 21 , 2013 by Evan Spencer

(Affiant's Name)

Juwanda Randolph
**Notary Name**

My Commission Expires 03/27/13  Juwanda Randolph  2/21/13
TIWANDA M. RANDOLPH  (Notary Signature)  (Date)
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/27/2012

# EXHIBIT

*B*

CERTIFIED AS TRUE COPY
OF

*AFFIDAVIT*

*April 15, 2014*   *2 of 2*
Date Certified   Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Form **W-4T** 
(Rev. November 1998)

## Voluntary Withholding Agreement
### Termination or Withdrawal from W-4 agreement

▶ Voluntary Withholding Agreements—26 C.F.R. §31.3402(p)-1

| Employer's name and address | Employer Identification number |
|---|---|
| | |

**Submitted for:**

☑ In lieu of W-4, *Employee's Withholding Certificate*. Employer will not make any payroll withholding. Employee is responsible for all taxes.

☐ Termination of previous W-4 agreement. Beginning effective on the last day of pay period in _____NONE_____ of _____NONE_____.

Employee's Liability Release Statement:

I _____EVAN C SPENCER_____, understand that termination or withdrawal of a W-4, *Employee's Withholding Certificate*, releases the employer from any obligation to make payroll withholdings. Furthermore, I understand that I am responsible for all taxes due and I release the employer from any tax liability associated with this employee.

I certify that the foregoing statement is correct and I release the employer from any withholding obligations or claims.

**Employee's signature**

▶ _____(signature)_____          Date ▶ _2/15/2012_

**Employee's information**

| Type or print employee/payee first name and initial | Last name | Social security number (write "None" if you do not have a SSN or "Declined" if you do not wish to provide a SSN) |
|---|---|---|
| EVAN          C. | SPENCER | 075  66  3673 |

Home address (number and street or rural route)

285 AVENUE AVENUE # 108

City or town, State and ZIP code

PASSAIC N.J. 07055

Sec. 31.3402(p)-1  Voluntary withholding agreements.
(a) In general. An employee and his employer may enter into an agreement under section 3402(b) to provide for the withholding of income tax upon payments of amounts described in paragraph (b)(1) of Sec. 31.3401(a)-3, made after December 31, 1970.
(b) Form and duration of agreement. (1)(I) Except as provided in subdivision (ii) of this subparagraph, an employee who desires to enter into an agreement under section 3402(p) shall furnish his employer with Form W-4 (withholding exemption certificate) executed in accordance with the provisions of section 3402(f) and the regulations thereunder. The furnishing of such Form W-4 shall constitute a request for withholding.
(c) A statement that the employee desires withholding of Federal income tax, and applicable, of qualified State individual income tax (see paragraph (d)(3)(I) of Sec. 301.6361-1 of this chapter (Regulations on Procedures and Administration)), and
(d) If the employee desires that the agreement terminate on a specific date, the date of termination of the agreement. If accepted by the employer as provided in subdivision (iii) of this subparagraph, the request shall be attached to, and constitute part of, the employee's Form W-4. An employee who furnishes his employer a request for withholding under this subdivision shall also furnish such employer with Form W-4 if such employee does not already have a Form W-4 in effect with such employer. (iii) No request for withholding under section 3402(p) shall be effective as an agreement between an employer and an employee until the employer accepts the request by commencing to withhold from the amounts with respect to which the request was made. (2) An agreement under section 3402 (p) shall be effective for such period as the employer and employee mutually agree upon. However, either the employer or the employee may terminate the agreement prior to the end of such period by furnishing a signed written notice to the other. Unless the employer and employee agree to an earlier termination date, the notice shall be effective with respect to the first payment of an amount in respect of which the agreement is in effect which is made on or after the first "status determination date" (January 1, May 1, July 1, and October 1 of each year) that occurs at least 30 days after the date on which the notice is furnished. If the employee executes a new Form W-4, the request upon which an agreement under section 3402 (p) is based shall be attached to, and constitute a part of, such new Form W-4.

Public Domain Form—W-4T

# EXHIBIT
## B

CERTIFIED AS TRUE COPY
OF

_Form W-4T-2012_

_April 18, 2014_        /
Date Certified        Page(s)

Notary

**DAVID JOHN LONGENHAGEN**
**Notary Public**
**State of New Jersey**
**My Commission Expires Jul 2, 2015**

Form NJ-W4
(3-07, R-12)

## State of New Jersey - Division of Taxation
## Employee's Withholding Allowance Certificate

| 1. SS# 073 66 3673 | 2. Filing Status: (Check only one box) |
|---|---|
| Name EVAN SPENCER | 1. ☐ Single |
| Address 285 AVERIGG AVENUE #10B | 2. ☐ Married/Civil Union Couple Joint |
| | 3. ☐ Married/Civil Union Couple Separate |
| City PASSAIC   State NJ   Zip 07055 | 4. ☐ Head of Household |
| | 5. ☐ Qualifying Widow(er)/Surviving Civil Union Partner |

| | |
|---|---|
| 3. If you have chosen to use the chart from instruction A, enter the appropriate letter here . . . . . . . . . . | 3. ○ |
| 4. Total number of allowances you are claiming (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4. ○ |
| 5. Additional amount you want deducted from each pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. $ ○ |
| 6. I claim exemption from withholding of NJ Gross Income Tax and I certify that I have met the conditions in the instructions of the NJ-W4. If you have met the conditions, enter "EXEMPT" here . . . | 6. EXEMPT |
| 7. Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status. | |

| Employee's Signature | Date 2/15/2012 |
|---|---|
| Employer's Name and Address | Employer Identification Number |

### BASIC INSTRUCTIONS

Line 1   Enter your name, address and social security number in the spaces provided.

Line 2   Check the box that indicates your filing status. If you checked Box 1 (Single) or Box 3 (Married/Civil Union Couple Separate) you will be withheld at Rate A.

*Note:* If you have checked Box 2 (Married/Civil Union Couple Joint), Box 4 (Head of Household) or Box 5 (Qualifying Widow(er)/Surviving Civil Union Partner) and either your spouse/civil union couple works or you have more than one job or more than one source of income and the combined total of all wages is greater than $50,000, see instruction A below. If you do not complete Line 3, you will be withheld at Rate B.

Line 3   If you have chosen to use the wage chart below, enter the appropriate letter.

Line 4   Enter the number of allowances you are claiming. Entering a number on this line will decrease the amount of withholding and could result in an underpayment on your return.

Line 5   Enter the amount of additional withholdings you want deducted from each pay.

Line 6   Enter "EXEMPT" to indicate that you are exempt from New Jersey Gross Income Tax Withholdings, if you meet one of the following conditions:

- Your filing status is SINGLE or MARRIED/CIVIL UNION COUPLE SEPARATE and your wages plus your taxable non-wage income will be $10,000 or less for the current year.
- Your filing status is MARRIED JOINT/CIVIL UNION COUPLE, and your wages combined with your spouse's/civil union partner wages plus your taxable non-wage income will be $20,000 or less for the current year.
- Your filing status is HEAD OF HOUSEHOLD or QUALIFYING WIDOW(ER)/SURVIVING CIVIL UNION PARTNER and your wages plus your taxable non-wage income will be $20,000 or less for the current year.

Your exemption is good for ONE year only. You must complete and submit a form each year certifying you have no New Jersey Gross Income Tax liability and claim exemption from withholding. If you have questions about eligibility, filing status, withholding rates, etc. when completing this form, call the Division of Taxation's Customer Service Center at 609-292-6400.

### Instruction A - Wage Chart

This chart is designed to increase withholdings on your wages, if these wages will be taxed at a higher rate due to inclusion of other wages or income on your NJ-1040 return. **It is not intended to provide withholding for other income or wages.** If you need additional withholdings for other income or wages use Line 5 on the NJ-W4. This Wage Chart applies to taxpayers who are married/civil union couple filing jointly, heads of households or qualifying widow(ers)/surviving civil union partner. **Single individuals or married/civil union couples filing separate returns do not need to use this chart.** If you have indicated filing status #2, 4 or 5 on the above NJ-W4 and your taxable income is greater than $50,000, you should strongly consider using the Wage Chart. (See the Rate Tables on the reverse side to estimate your withholding amount).

#### HOW TO USE THE CHART

1) Find the amount of your wages in the left-hand column.

2) Find the amount of the total for all other wages (including your spouse's wages) along the top row.

3) Follow along the row that contains your wages until you come to the column that contains the other wages.

4) This meeting point indicates the Withholding Table that best reflects your income situation.

5) If you have chosen this method, enter the "letter" of the withholding rate table on Line 3 of the NJ-W4.

*NOTE:* If your income situation substantially increases (or decreases) in the future, you should resubmit a revised NJ-W4 to your employer.

### THIS FORM MAY BE REPRODUCED

#### WAGE CHART

| Total of All Other Wages | 0 10,000 | 10,001 20,000 | 20,001 30,000 | 30,001 40,000 | 40,001 50,000 | 50,001 60,000 | 60,001 70,000 | 70,001 80,000 | 80,001 90,000 | OVER 90,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| **0** 10,000 | B | B | B | B | B | B | B | B | B | B |
| 10,001 20,000 | B | B | B | B | C | C | C | C | C | C |
| 20,001 30,000 | B | B | B | A | A | D | D | D | D | D |
| 30,001 40,000 | B | B | A | A | A | A | A | E | E | E |
| 40,001 50,000 | B | C | A | A | A | A | A | E | E | E |
| 50,001 60,000 | B | C | D | A | A | A | E | E | E | E |
| 60,001 70,000 | B | C | D | A | A | E | E | E | E | E |
| 70,001 80,000 | B | C | D | E | E | E | E | E | E | E |
| 80,001 90,000 | B | C | D | E | E | E | E | E | E | E |
| over 90,000 | B | C | D | E | E | E | E | E | E | E |

Left column label: **Y O U R   W A G E S**

# EXHIBIT
## B

CERTIFIED AS TRUE COPY
OF

*FORM N J - W4 - 2012*

*APRIL 18, 2014*          /
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

| Form **W-4T** | **Voluntary Withholding Agreement** |
|---|---|
| (Rev. November 1998) | Termination or Withdrawal from W-4 agreement |
| | ▶ Voluntary Withholding Agreements—26 C.F.R. §31.3402(p)-1 |

Employer's name and address
TH ENGINEERS, P.C.
103 College Road East, 1st Floor
Princeton, New Jersey 08540

Employer identification number
2C   000GCTC

**Submitted for:**

☑ In lieu of W-4, *Employee's Withholding Certificate.* Employer will not make any payroll withholding. Employee is responsible for all taxes.

☐ Termination of previous W-4 agreement. Beginning effective on the last day of pay period in _____ enter month _____ **of** _____ year _____ .

Employee's Liability Release Statement

I _____ Evan Spencer here _____, understand that termination or withdrawal of a W-4, *Employee's Withholding Certificate,* releases the employer from any obligation to make payroll withholdings. Furthermore, I understand that I am responsible for all taxes due and I release the employer from any tax liability associated with this employee.

I certify that the foregoing statement is correct and I release the employer from any withholding obligations or claims.

**Employee's signature**

▶ _____
Authorized Representative, All Rights Reserved

**Date ▶** 2/15/13

**Employee's information**

Type or print employee/payee first name and initial
EVAN  C.

Last name
SPENCER

Social security number (write "None" if you do not have a SSN or "Declined" if you do not wish to provide a SSN)
079  66  3673

Home address (number and street or rural route)
285 AYCRIGG AVENUE #1C

City or town, State and ZIP code
PASSAIC, NJ 07055

Sec. 31.3402(p)-1  Voluntary withholding agreements.
(a) In general. An employee and his employer may enter into an agreement under section 3402(b) to provide for the withholding of income tax upon payments of amounts described in paragraph (b)(1) of Sec. 31.3401(a)-3, made after December 31, 1970.
(b) Form and duration of agreement. (1)(1) Except as provided in subdivision (ii) of this subparagraph, an employee who desires to enter into an agreement under section 3402(p) shall furnish his employer with Form W-4 (withholding exemption certificate) executed in accordance with the provisions of section 3402(f) and the regulations thereunder. The furnishing of such Form W-4 shall constitute a request for withholding.
(c) A statement that the employee desires withholding of Federal income tax, and applicable, of qualified State individual income tax (see paragraph (d)(3)(1) of Sec. 301.6361-1 of this chapter (Regulations on Procedures and Administration)), and
(d) If the employee desires that the agreement terminate on a specific date, the date of termination of the agreement. If accepted by the employer as provided in subdivision (iii) of this subparagraph, the request shall be attached to, and constitute part of, the employee's Form W-4. An employee who furnishes his employer a request for withholding under this subdivision shall also furnish such employer with Form W-4 if such employee does not already have a Form W-4 in effect with such employer. (iii) No request for withholding under section 3402(p) shall be effective as an agreement between an employer and an employee until the employer accepts the request by commencing to withhold from the amounts with respect to which the request was made. (2) An agreement under section 3402 (p) shall be effective for such period as the employer and employee mutually agree upon. However, either the employer or the employee may terminate the agreement prior to the end of such period by furnishing a signed written notice to the other. Unless the employer and employee agree to an earlier termination date, the notice shall be effective with respect to the first payment of an amount in respect of which the agreement is in effect which is made on or after the first "status determination date" (January 1, May 1, July 1, and October 1 of each year) that occurs at least 30 days after the date on which the notice is furnished. If the employee executes a new Form W-4, the request upon which an agreement under section 3402 (p) is based shall be attached to, and constitute a part of, such new Form W-4.

Public Domain Form—W-4T

# EXHIBIT
B

CERTIFIED AS TRUE COPY
OF

FORM W-4T-2013

April 18, 2014                    1
Date Certified            Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Form NJ-W4
(3-07, R-12)

**State of New Jersey - Division of Taxation**
## Employee's Withholding Allowance Certificate

| 1. SS# 075 66 3673 | 2. Filing Status: (Check only one box) |
|---|---|
| Name *Evan Spencer* | 1. ☐ Single |
| Address *285 Ayering Avenue # 16b* | 2. ☐ Married/Civil Union Couple Joint |
| | 3. ☐ Married/Civil Union Couple Separate |
| City *Passaic*   State *N. J.*   Zip *07655* | 4. ☐ Head of Household |
| | 5. ☐ Qualifying Widow(er)/Surviving Civil Union Partner |

| | |
|---|---|
| 3. If you have chosen to use the chart from instruction A, enter the appropriate letter here . . . . . . . . . . | 3. ◯ |
| 4. Total number of allowances you are claiming (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | 4. ◯ |
| 5. Additional amount you want deducted from each pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. $ ◯ |
| 6. I claim exemption from withholding of NJ Gross Income Tax and I certify that I have met the conditions in the instructions of the NJ-W4. If you have met the conditions, enter "EXEMPT" here . . . | 6. *EXEMPT* |
| 7. Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status. | |

Employee's Signature _____     Date *2/15/13*

Employer's Name and Address *H ENGINEERS, P.C., N3 Collyckian East, 1st floor, Newark, NJ, 04546*   Employer Identification Number *2c CC06C7C*

**BASIC INSTRUCTIONS**

Line 1   Enter your name, address and social security number in the spaces provided.
Line 2   Check the box that indicates your filing status. If you checked Box 1 (Single) or Box 3 (Married/Civil Union Couple Separate) you will be withheld at Rate A.
   *Note:* If you have checked Box 2 (Married/Civil Union Couple Joint), Box 4 (Head of Household) or Box 5 (Qualifying Widow(er)/Surviving Civil Union Partner) and either your spouse/civil union couple works or you have more than one job or more than one source of income and the combined total of all wages is greater than $50,000, see instruction A below. If you do not complete Line 3, you will be withheld at Rate B.
Line 3   If you have chosen to use the wage chart below, enter the appropriate letter.
Line 4   Enter the number of allowances you are claiming. Entering a number on this line will decrease the amount of withholding and could result in an underpayment on your return.
Line 5   Enter the amount of additional withholdings you want deducted from each pay.
Line 6   Enter "EXEMPT" to indicate that you are exempt from New Jersey Gross Income Tax Withholdings, if you meet one of the following conditions:
   • Your filing status is SINGLE or MARRIED/CIVIL UNION COUPLE SEPARATE and your wages plus your taxable non-wage income will be $10,000 or less for the current year.
   • Your filing status is MARRIED JOINT/CIVIL UNION COUPLE, and your wages combined with your spouse's/civil union partner wages plus your taxable non-wage income will be $20,000 or less for the current year.
   • Your filing status is HEAD OF HOUSEHOLD or QUALIFYING WIDOW(ER)/SURVIVING CIVIL UNION PARTNER and your wages plus your taxable non-wage income will be $20,000 or less for the current year.

Your exemption is good for ONE year only. You must complete and submit a form each year certifying you have no New Jersey Gross Income Tax liability and claim exemption from withholding. If you have questions about eligibility, filing status, withholding rates, etc. when completing this form, call the Division of Taxation's Customer Service Center at 609-292-6400.

**Instruction A - Wage Chart**
This chart is designed to increase withholdings on your wages, if these wages will be taxed at a higher rate due to inclusion of other wages or income on your NJ-1040 return. **It is not intended to provide withholding for other income or wages.** If you need additional withholdings for other income or wages use Line 5 on the NJ-W4. This Wage Chart applies to taxpayers who are married/civil union couple filing jointly, heads of households or qualifying widow(ers)/surviving civil union partner. **Single** individuals or married/civil union couples filing separate returns do not use this chart. If you have indicated filing status #2, 4 or 5 on the above NJ-W4 and your taxable income is greater than $50,000, you should strongly consider using the Wage Chart. (See the Rate Tables on the reverse side to estimate your withholding amount).

### HOW TO USE THE CHART

1) Find the amount of your wages in the left-hand column.

2) Find the amount of the total for all other wages (including your spouse's wages) along the top row.

3) Follow along the row that contains your wages until you come to the column that contains the other wages.

4) This meeting point indicates the Withholding Table that best reflects your income situation.

5) If you have chosen this method, enter the "letter" of the withholding rate table on Line 3 of the NJ-W4.

**NOTE:** If your income situation substantially increases (or decreases) in the future, you should resubmit a revised NJ-W4 to your employer.

### THIS FORM MAY BE REPRODUCED

**WAGE CHART**

| Total of All Other Wages | 0 10,000 | 10,001 20,000 | 20,001 30,000 | 30,001 40,000 | 40,001 50,000 | 50,001 60,000 | 60,001 70,000 | 70,001 80,000 | 80,001 90,000 | OVER 90,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| **0** **10,000** | B | B | B | B | B | B | B | B | B | B |
| **10,001** **20,000** | B | B | B | B | C | C | C | C | C | C |
| **20,001** **30,000** | B | B | B | A | A | D | D | D | D | D |
| **30,001** **40,000** | B | B | A | A | A | A | A | E | E | E |
| **40,001** **50,000** | B | C | A | A | A | A | E | E | E | E |
| **50,001** **60,000** | B | C | D | A | A | A | E | E | E | E |
| **60,001** **70,000** | B | C | D | A | E | E | E | E | E | E |
| **70,001** **80,000** | B | C | D | E | E | E | E | E | E | E |
| **80,001** **90,000** | B | C | D | E | E | E | E | E | E | E |
| **over** **90,000** | B | C | D | E | E | E | E | E | E | E |

(Y O U R  W A G E S)

# EXHIBIT
## B

CERTIFIED AS TRUE COPY
OF

_FORM NJ-W4-2013_

_April 18, 2014_      /
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Nick Vlahos, President*

*OLYMPIC PAYROLL*

*64 U.S. HIGHWAY 46 WEST*

*PINEBROOK, N. J. 07058*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature 
X ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☑ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☑ Yes

2. Article Number
   (Transfer from service label)   7011 0470 0003 5510 6495
   7011 0470 0003 6510 6495

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*E. C. Spencer*
*285 Ayerigg Avenue #10b*
*Passaic, New Jersey 07055*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

| | |
|---|---|
| PINE BROOK NJ 07058 | 0701 |
| Postage $ | $0.46 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees $ | 6.31 |

03/02/2013

*Sent To Nick Vlahos, President, OLYMPIC PAYROLL*
*Street, Apt. No.; or PO Box No. 64 US Highway 46 West*
*City, State, ZIP+4 Pine Brook, New Jersey 07058*

PS Form 3800, August 2006

7011 0470 0003 5510 6495

# EXHIBIT

$B$

CERTIFIED AS TRUE COPY
OF

_USPS CERTIFIED MAIL,_

_RETURN RECEIPTS_

_APRIL 18, 2014_        /

Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Beware of Foreign Lotteries

```
=====================================
            ELMWOOD PARK
      ELMWOOD PARK, New Jersey
            074079998
          3356730701-0096
03/02/2013 (800)275-8777 01:20:04 PM
=====================================
========= Sales Receipt =========
Product      Sale Unit    Final
Description   Qty Price    Price
=====================================
PRINCETON NJ 08540         $0.66
Zone-1 First-Class
Letter
 1.50 oz.
 Expected Delivery: Mon 03/04/13
 Return Rcpt (Green        $2.55
 Card)
 @@ Certified             $3.10
 Label #:    70110470000355106488
                         ========
 Issue PVI:                $6.31

PINE BROOK NJ 07058        $0.66
Zone-1 First-Class
Letter
 1.50 oz.
 Expected Delivery: Mon 03/04/13
 Return Rcpt (Green        $2.55
 Card)
 @@ Certified             $3.10
 Label.#:    70110470000355106495
                         ========
 Issue PVI:                $6.31

                         ==========
Total:                    $12.62

Paid by:
Cash                      $20.02
Change Due:               -$7.40

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

If you or a loved one receives a solicitation for a foreign lottery, report it to the U.S. Postal Inspection Service.

For more information about this or other scams involving the mail, visit DeliveringTrust.com or https://postalinspectors.uspis.gov/, or call 1-877-876-2455.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#:1000402000813
Clerk:05

All sales final on stamps and postage
  Refunds for guaranteed services only
     Thank you for your business
************************************
************************************
      HELP US SERVE YOU BETTER

             Go to:
   https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

       YOUR OPINION COUNTS
************************************
************************************

          Customer Copy

# EXHIBIT
## B

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. CERTIFIED MAIL,*

*RETURN RECEIPTS-PROOF OF PURCHASE*

*April 18, 2014*          /

Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

# EXHIBIT
# C

| RECORDING REQUESTED BY, | ) | |
|---|---|---|
| AND WHEN RECORDED RETURN TO: | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Evan Christopher Spencer | ) | |
| c/o 285 Aycrigg Avenue #10b | ) | |
| Passaic, New Jersey [07055] | ) | |
| | ) | (SPACE ABOVE THIS LINE FOR |
| | ) | RECORDERS USE ONLY) |

# **Notice of Fault and Opportunity to Cure**

### *Notice to agent is notice to principal, notice to principal is notice to agent*

Reference and pertaining to: **"Affidavit, (2)Form NJ-W4 and (2)Form W-4T,"**
Sent by U.S.P.S. Certified Mail, Return Receipt Number(s)
7011 0470 0003 5510 6495 (Olympic Payroll) and
7011 0470 0003 5510 6488 (I.H. Engineers, P.C.)

This **Notice of Fault and Opportunity to Cure** sent by Sent by U.S.P.S. Certified
Mail, Return Receipt Number(s) 7011 0470 0003 5510 6761 (Olympic Payroll) and
7011 0470 0003 5510 6778 (I.H. Engineers, P.C.)

**Date: April 8, 2013**

**Declarant:**

**Evan Christopher Spencer**, a living soul man, non-citizen, non-individual
c/o 285 Aycrigg Avenue #10b
Passaic, New Jersey [07055]
Non-domestic without the UNITED STATES

**Respondent(s):**

**Nick Vlahos**, d.b.a. **President,**
Olympic Payroll
64 US Highway 46 West
Pinebrook, New Jersey 07058

and

# EXHIBIT
## C

CERTIFIED AS TRUE COPY
OF

*NOTICE OF FAULT AND*

*OPPORTUNITY TO CURE*

*APRIL 18, 2014    1 OF 3*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**M. Ebad Rahman**, d.b.a. **Finance Executive,**
IH Engineers, P.C.
103 College Road East, 1st Floor
Princeton, New Jersey 08540

I, **Evan Christopher Spencer**, a living soul man over 18 years of age, herein known as Declarant, being competent to testify and having firsthand knowledge of the facts herein, declares on my own unlimited commercial liability, under penalty of perjury of the laws of the United States of America, that the facts contained herein are true, correct, and complete, not meant to be misleading,

Declarant does hereby depose and say under oath as follows:

## Statement of Facts

1.   On or about March 4, 2013 Respondents received an **Affidavit, (2)Form NJ-W4 and (2)Form W-4T,** by U.S.P.S. Certified Mail, Return Receipt Number(s) 7011 0470 0003 5510 6495 (**Nick Vlahos, President, of Olympic Payroll**) and 7011 0470 0003 5510 6488 (**M. Ebad Rahman, Finance Executive, of I.H. Engineers, P.C.**), pertaining to **Releasing Respondents voluntary assignment as Withholding Agent(s)** for Declarant, from the Declarant for Respondent's response.
2.   As of this date, April 8, 2013, **M. Ebad Rahman, Finance Executive,** (Respondent) and **Nick Vlahos, President,** (Respondent), have not responded to
     the above stated **Affidavit, (2)Form NJ-W4 and (2)Form W-4T.**
3.   **M. Ebad Rahman,** (Respondent) and **Nick Vlahos,** (Respondent) are now at Fault in this matter.

.

## Opportunity To Cure

In the event that Respondents failure to take the remedy offered in **Affidavit, (2)Form NJ-W4 and (2)Form W-4T** was an oversight, mistake or otherwise unintentional, **Evan Christopher Spencer,** Declarant, grants Respondents twenty one (21) days, exclusive of the day of receipt, to cure the fault and effect the remedy.

Failure to cure will constitute, as an operation of law, the admission of the obligation by Respondents through *tacit procuration* to the **Affidavit, (2)Form NJ-W4 and (2)Form W-4T** and the whole matter shall be deemed *res judicata* and *stare decisis*.

# EXHIBIT
C

CERTIFIED AS TRUE COPY
OF

*Notice of Fault and*

*Opportunity to Cure*

*April 18, 2014*   *2 of 3*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

Response by Respondents must be served on **Evan Christopher Spencer,** exactly as provided:

*DAVID J. LongENhAgEN*
c/o Notary Acceptor

*323 HENRY ST.*
Address

*South Amboy, NJ, 08879*
City, State zip

**Evan Christopher Spencer,** Declarant awaits Respondents timely response.

Further, Declarant saith not.

_____   4/8/13
(Declarant/Signer) Authorized Representative,   (Date)
All Rights Reserved

*************************************************************************

## CERTIFICATE OF ACKNOWLEDGMENT

State of New Jersey          )
                             ) ss:
County of *MIDDLESEX*        )

As a Notary Public for said County and State, I do hereby certify that on this ___8th___ day of April, 2013 before me appeared **Evan Christopher Spencer,** who satisfactorily proved to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

Witness my hand and seal:

*DAVID J. LongENhAgEN*

```
         Notary Name
  DAVID JOHN LONGENHAGEN
       Notary Public
     State of New Jersey
  My Commission Expires Jul 2, 2015
```

My Commission Expires: _JULY 2 2015_   _____   _4/8/2015_
                                        (Notary Signature)   (Date)

# EXHIBIT

C

CERTIFIED AS TRUE COPY
OF

*NOTICE OF FAULT AND*
*OPPORTUNITY TO CURE*

*APRIL 18, 2014*   *3 OF 3*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| PINE BROOK NJ 07058 | | |
| Postage | $0.46 | 0701 |
| Certified Fee | $3.10 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.11 | 04/13/2013 |

Sent To Nick Vlahos, President, OLYMPIC PAYROLL
Street, Apt. No.; or PO Box No. LA US HIGHWAY 46 WEST
City, State, ZIP+4 PINEBROOK, N. J. 07058

PS Form 3800, August 2006                    See Reverse for Instructions

7011 0420 0003 5510 6761

# EXHIBIT
## C

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. CERTIFIED MAIL*

*RECEIPT*

*APRIL 18,2014*      *1*

Date Certified             Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015


**UNITED STATES**
**POSTAL SERVICE®**

Date: 05/04/2013

Dear Postal Customer:

The following is in response to your 05/04/2013 request for delivery information on your Certified Mail™ item number 7011 0470 0003 5510 6761. The delivery record shows that this item was delivered on 04/15/2013 at 02:46:01 PM in PINE BROOK, NJ 07058. The scanned image of the recipient information is provided below.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Signature of Recipient: 

Address of Recipient:

Sincerely,

United States Postal Service



# EXHIBIT
# C

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. RETURN RECEIPT-*

*VERIFICATION OF DELIVERY*

APRIL 18, 2014          1

Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to: M. Ebad Kanouni,

IH ENGINEERS, P.C.

103 College Road EAST, 1st FLR

PRINCETON, N.J. 08540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   □ Agent
                    □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jessica Kinen     4-15-13

D. Is delivery address different from Item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☑ Certified Mail      □ Express Mail
   □ Registered          ☑ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.
4. Restricted Delivery? *(Extra Fee)*        ☑ Yes

2. Article Number          7011 0470 0003 5510 6778
   (Transfer from service label)  7011 0470 0003 5510 6778

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

E. Spencer
285 Ayckigg Avenue #100
PASSAIC, N.J. 07055

55372702

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

PRINCETON NJ 08540          0701

Postage  $  $0.46        05

Certified Fee  $3.10

Return Receipt Fee
(Endorsement Required)  $2.55

Restricted Delivery Fee
(Endorsement Required)  $0.00

Total Postage & Fees  $  $6.11    04/13/2013

Sent To  M. EBAD KANOUNI, IH ENGINEERS, P.C.

Street, Apt. No.;
or PO Box No.  103 College Road East, 1st Floor

City, State, ZIP+4  PRINCETON, NEW JERSEY v 08540

PS Form 3800, August 2006

7011 0470 0003 5510 6778

# EXHIBIT
C

CERTIFIED AS TRUE COPY
OF

U.S.P.S. CERTIFIED MAIL,

RETURN RECEIPTS

April 18, 2014      1

Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

```
===================================
            ELMWOOD PARK
       ELMWOOD PARK, New Jersey
              074079998
            3356730701-0096
 04/13/2013 (800)275-8777 11:09:03 AM
===================================
============== Sales Receipt ==============
Product          Sale Unit      Final
Description       Qty  Price     Price
===================================

P.O. Box Overflow              $0.00
Mail Pickup        Delivered
Label # 42007407910190056600103875476
# of Mailpieces :  2
Mail Pickup Date: 04/13/2013 11:06 AM
PRINCETON NJ 08540             $0.46
Zone-1 First-Class
Letter
  0.80 oz.
  Expected Delivery: Mon 04/15/13
  Return Rcpt (Green           $2.55
  Card)
  @@ Certified                 $3.10
  Label #:     70110470000355106778
                            ========
· Issue PVI:                   $6.11

PINE BROOK NJ 07058            $0.46
Zone-1 First-Class
Letter
  0.80 oz.
  Expected Delivery: Mon 04/15/13
  Return·Rcpt (Green           $2.55
  Card)
  @@ Certified                 $3.10
  Label #:     70110470000355106761
                            ========
  Issue PVI:                   $6.11

                            ==========
Total:                        $12.22

Paid by:
Cash                         $20.02
Change Due:                   -$7.80

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
**********************************
**********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**********************************
**********************************


Bill#:1000402043342
Clerk:05

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business
**********************************
**********************************
     HELP US SERVE YOU BETTER

             Go to:
   https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

       YOUR OPINION COUNTS
**********************************
**********************************


           Customer Copy

# EXHIBIT
## C

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. CERTIFIED MAIL -*
*RETURN RECEIPTS - PROOF OF PURCHASE*

*APRIL 18, 2014*        *1*
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

# EXHIBIT

# D

| | |
|---|---|
| RECORDING REQUESTED BY, | ) |
| AND WHEN RECORDED RETURN TO: | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Evan Christopher Spencer | ) |
| c/o 285 Aycrigg Avenue #10b | ) |
| Passaic, New Jersey [07055] | ) (SPACE ABOVE THIS LINE FOR |
| | ) RECORDERS USE ONLY) |

# Notice of Default

### _Notice to agent is notice to principal, notice to principal is notice to agent_

Reference and pertaining to: **"Notice of Fault and Opportunity to Cure"**
Sent by U.S.P.S. Certified Mail, Return Receipt Number(s)
7011 0470 0003 5510 6761 (Olympic Payroll) and
7011 0470 0003 5510 6778 (I.H. Engineers, P.C.)

This **Notice of Default** sent by U.S.P.S. Certified Mail, Return Receipt Number
7011 0470 0003 5510 6860 (Olympic Payroll) and
7011 0470 0003 5510 6877 (I.H. Engineers, P.C.)

### Date: May 28, 2013

### Declarant:

**Evan Christopher Spencer**, a living soul man, non-citizen, non-individual
c/o 285 Aycrigg Avenue #10b
Passaic, New Jersey [07055]
Non-domestic without the UNITED STATES

### Respondent(s):

**Nick Vlahos**, d.b.a. **President,**
Olympic Payroll
64 US Highway 46 West
Pinebrook, New Jersey 07058

and

# EXHIBIT
D

CERTIFIED AS TRUE COPY
OF

*NOTICE OF DEFAULT*

*APRIL 18, 2014*   *1 OF 3*
Date Certified   Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**M. Ebad Rahman**, d.b.a. **Finance Executive,**
IH Engineers, P.C.
103 College Road East, 1st Floor
Princeton, New Jersey 08540

### Statement of Facts

1.    On or about April 15, 2013 Respondents received a **Notice of Fault and Opportunity to Cure** by U.S.P.S. Certified Mail, Return Receipt Number(s) 7011 0470 0003 5510 6761 (**Nick Vlahos, President, of Olympic Payroll**) and 7011 0470 0003 5510 6778 (**M. Ebad Rahman, Finance Executive, of I.H. Engineers, P.C.**) pertaining to "**Affidavit, (2)Form NJ-W4 and (2)Form W-4T,**" sent by U.S.P.S. Certified Mail, Return Receipt Number(s) 7011 0470 0003 5510 6495 (**Nick Vlahos, President, of Olympic Payroll**) and 7011 0470 0003 5510 6488 (**M. Ebad Rahman, Finance Executive, of I.H. Engineers, P.C.**), from the Declarant for Respondents' response.

2.    As of this date, **May 28, 2013**, **Nick Vlahos** (Respondent) and **M. Ebad Rahman** (Respondent) have not responded to the above stated **Notice of Fault and Opportunity to Cure.**

3.    **Nick Vlahos** (Respondent) and **M. Ebad Rahman** (Respondent) are now in default in this matter.


This failure to respond and now default, is, as an operation law, Respondents' **final** admission and agreement to all statements and claims made by Declarant through *tacit procuration* pertaining to "**Affidavit, (2)Form NJ-W4 and (2)Form W-4T,**" by U.S.P.S. Certified Mail, Return Receipt Number(s) 7011 0470 0003 5510 6495 (**Nick Vlahos, President, of Olympic Payroll**) and 7011 0470 0003 5510 6488 (**M. Ebad Rahman, Finance Executive, of I.H. Engineers, P.C.**) and the whole matter is *res judicata* and the doctrine of *stare decisis* now applies.  Respondents are in estoppels by their repeated failure to respond.

I, a free man commonly known as **Evan Christopher Spencer**, (Declarant), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth.

_____     5/28/2013
(Declarant/Signer, Authorized Representative,     (Date)
All Rights Reserved

# EXHIBIT

D

CERTIFIED AS TRUE COPY
OF

*Notice of Default*

April 18, 2014          2 of 3
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

## <u>CERTIFICATE OF ACKNOWLEDGMENT</u>

State of New Jersey            )
                               ) ss:
County of Middlesex            )

As a Notary Public for said County and State, I do hereby certify that on this 28th day of May, 2013 before me appeared **<u>Evan Christopher Spencer,</u>** who satisfactorily proved to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

Witness my hand and seal:

DAVID John LongENHAGEN
**Notary Name**

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

My Commission Expires: JuLY 2, 2015    (Notary Signature)    May 28, 2013    (Date)

# EXHIBIT

D

CERTIFIED AS TRUE COPY
OF

*NOTICE OF DEFAULT—*

*CERTIFICATE OF ACKNOWLEDGEMENT*

*April 15, 2014*   *3 of 3*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Nick Vlahos, President*

OLYMPIC PAYROLL
64 US HIGHWAY 46 WEST
PINEBROOK, N.J. 07058

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
6/18/13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number     7011 0470 0003 5510 6860
   (Transfer from service label)  7011 0470 0003 5510 6860

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Evan Spencer
285 Aycrigg Avenue #10B
Passaic, New Jersey 07055

---

U.S. Postal Service™
CERTIFIED MAIL™ RECE
(Domestic Mail Only; No Insurance Co

PINE BROOK NJ 07058

Postage   $0.46   0701
Certified Fee   $3.10   05
Return Receipt Fee   $2.55
Restricted Delivery Fee   $0.00
Total Postage & Fees   $6.11   06/15/2013

Nick Vlahos, President, Olympic Payroll
64 US Highway 46 East
PINEBROOK, NEW JERSEY 07058

7011 0470 0003 5510 6860

# EXHIBIT
## D

CERTIFIED AS TRUE COPY
OF

_U.S.P.S. CERTIFIED MAIL,_

_RETURN RECEIPTS_

_APRIL 18, 2014_   /
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: M. Ebad Rahman,

I H Engineers, P.C.
103 College Road East, 1st Floor
Princeton, N.J. 08540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
6-12-13

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 5510 6877
7011 0470 0003 5510 6877

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For Delivery information visit our website at www.usps.com

PRINCETON, NJ 08540

Postage   $0.46   0701
Certified Fee   $3.10   05
Return Receipt Fee
(Endorsement Required)   $2.55
Restricted Delivery Fee
(Endorsement Required)   $0.00
Total Postage & Fees   $6.11   06/15/2013

Sent To M. Ebad Rahman, I H Engineers, P.C.
Street, Apt. No.; 103 College Road East, 1st Floor
or PO Box No.
City, State, ZIP+4 PRINCETON, NEW JERSEY 08540

7011 0470 0003 5510 6877

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Evan Spencer
285 Aycrigg Avenue #10B
Passaic, N.J. 07055

# EXHIBIT
## D

CERTIFIED AS TRUE COPY
OF

*U.S. P.S. CERTIFIED MAIL,*

*RETURN RECEIPTS*

*April 18, 2014*     *1*
Date Certified,          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

```
==================== ====================
                ELMWOOD PARK
          ELMWOOD PARK, New Jersey
                 074079998
               3356730701-0096
06/15/2013 (800)275-8777 12:03:14 PM
==================== ====================
============ Sales Receipt ============
Product         Sale Unit      Final
Description      Qty Price      Price
==================== ====================

PRINCETON NJ 08540              $0.46
Zone-1 First-Class
Letter
 0.80 oz.
 Expected Delivery: Mon 06/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70110470000355106877
                             ========
 Issue PVI:                    $6.11

PINE BROOK NJ 07058            $0.46
Zone-1 First-Class
Letter
 0.80 oz.
 Expected Delivery: Mon 06/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70110470000355106860
                             ========
 Issue PVI:                    $6.11

                           ==========
Total:                        $12.22

Paid by:
Cash                          $12.25
Change Due:                   -$0.03

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
```
************************************
************************************
```
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
```
************************************
************************************
```

Bill#:1000402101033
Clerk:05

All sales final on stamps and postage
  Refunds for guaranteed services only
     Thank you for your business
```
************************************
************************************
```
        HELP US SERVE YOU BETTER

             Go to:
    https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

       YOUR OPINION COUNTS
```
************************************
************************************
```

             Customer Copy

# EXHIBIT
D

CERTIFIED AS TRUE COPY
OF

_U.S. P.S. CERTIFIED MAIL,_

_RETURN RECEIPTS - PROOF OF PURCHASE_

_April 18 2014_          /
Date Certified          Page(s)

Notary

**DAVID JOHN LONGENHAGEN**
**Notary Public**
**State of New Jersey**
**My Commission Expires Jul 2, 2015**

# EXHIBIT
# E

May 28, 2013

**To:**
Nick Vlahos, **President**
**Olympic Payroll**
64 US Highway 46 West
Pinebrook, New Jersey 07058

M. Ebad Rahman, **Finance Executive**
**IH Engineers, P.C.**
103 College Road East, 1st Floor
Princeton, New Jersey 08540

**From:**
Evan Christopher Spencer
**without prejudice**
285 Aycrigg Avenue #10b
Passaic, New Jersey [07055]

## **TRUE BILL**

This is an Order to pay:

**Drawee(s):** Nick Vlahos; M. Ebad Rahman

**In the Sum Certain of:** *nine thousand five hundred sixty two/thirty five:* **$9,562.35**

**Paid to the Order of:** Evan Christopher Spencer
                                              285 Aycrigg Avenue #10b
                                              Passaic, New Jersey 07055

**Drawer:**
Authorized Representative, UCC 3-402(b) (1)

# EXHIBIT
# E

CERTIFIED AS TRUE COPY
OF

_TRUE BILL_

_April 18, 2014_   _1 of 2_
Date Certified         Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

## CERTIFICATE OF ACKNOWLEDGMENT

State of New Jersey     )
                           ) ss:

County of Middlesex    )

As a Notary Public for said County and State, I do hereby certify that on this _28th_ day of May, 2013 before me appeared **Evan Christopher Spencer,** who satisfactorily proved to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

Witness my hand and seal:

_DAVID J. LONGENHAGEN_
       Notary Name

**DAVID JOHN LONGENHAGEN**
**Notary Public**
**State of New Jersey**
**My Commission Expires Jul 2, 2015**

My Commission Expires: _July 2, 2015_     _____    _May 28 2013_
                                      (Notary Signature)      (Date)

# EXHIBIT
# E

CERTIFIED AS TRUE COPY
OF

_TRUE BILL -_

_CERTIFICATE OF ACKNOWLEDGMENT_

_APRIL 18, 2014_   _2 OF 2_
Date Certified      Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature

X _____  ☑ Agent
                   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to: *Nick Vlahos, President*

*OLYMPIC PAYROLL*
*64 US HIGHWAY 46 WEST*
*PINEBROOK, N.J. 07058*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
   (Transfer from service labe

RE 170 261 102 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*David John Longenhagen, Notary Public*
*323 Henry Street*
*South Amboy, New Jersey 08879*

---

Date Stamp

PANY, NJ 070..
MAR 15 2013

Registered No. RE 170261102US

| Reg. Fee | $11.20 |
| Handling Charge | $0.00 |
| Postage | $0.46 |
| Received by | |
| Return Receipt | $2.55 |
| Restricted Delivery | $0.46 |

Customer Must Declare
Full Value $ $40.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

FROM *David John Longenhagen Notary Public*
*323 Henry Street*
*South Amboy, N.J. 08879*

TO *Nick Vlahos, President*
*OLYMPIC PAYROLL*
*64 US HIGHWAY 46 WEST*
*PINE BROOK NJ 07058* *PINEBROOK, NEW JERSEY 07058*

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT

E

CERTIFIED AS TRUE COPY
OF

*U.S. P.S. REGISTERED MAIL,*

*RETURN RECEIPTS*

*April 18, 2014*   1
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: M. Ebad Rahman,

I H ENGINEERS, P.C.
103 COLLEGE ROAD EAST, 1st Floor
PRINCETON, N.J. 08540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C Greco   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
C Greco   6-17-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)   RE 170 261 093 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Registered No.**

Date Stamp

| | |
|---|---|
| Reg. Fee | $11.20 |
| Handling Charge | $0.00 |
| Postage | $6.46 |
| Received by | |

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**To Be Completed By Post Office**

**FROM**
David John Longenhagen Notary Public
373 HENRY STREET
South Amboy, N.J. 08879

**TO**
M. Ebad Rahman, IH ENGINEERS PC
103 College Road East, 1st Floor
PRINCETON, NEW JERSEY 08540

**To Be Completed By Customer**
(Please Print)
All Entries Must Be In Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail
May 2007 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David John Longenhagen, NOTARY PUBLIC
373 HENRY STREET
SOUTH AMBOY, N.J. 08879

# EXHIBIT

## E

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. REGISTERED MAIL,*

*RETURN RECEIPTS*

*APRIL 18, 2014*    *1*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

```
=======================================
         PARSIPPANY POST OFFICE
         PARSIPPANY, New Jersey
                070549998
              3356730284-0096
06/15/2013 (800)275-8777 11:25:06 AM
=======================================
======== Sales Receipt ========
Product          Sale Unit      Final
Description       Qty  Price     Price
=======================================
PRINCETON NJ 08540              $0.46
Zone-1 First-Class
Letter
 0.80 oz.
 Expected Delivery: Mon 06/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ ~~ Registered            $11.20
 Insured Value :      $0.00
 Article Value :      $0.00
 Label #:     RE170261093US
                             ========
 Issue PVI:                   $14.21

PINE BROOK NJ 07058            $0.46
Zone-1 First-Class
Letter
 0.80 oz.
 Expected Delivery: Mon 06/17/13
 Return Rcpt (Green            $2.55
 Card)
 @@ ~~ Registered            $11.20
 Insured Value :      $0.00
 Article Value :      $0.00
 Label #:     RE170261102US
                             ========
 Issue PVI:                   $14.21

                             ==========
Total:                        $28.42

Paid by:
Cash                          $40.42
Change Due:                  -$12.00

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************

Bill#:1000403864100
Clerk:01

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
************************************
************************************
     HELP US SERVE YOU BETTER

           Go to:
   https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

     YOUR OPINION COUNTS
************************************
************************************


           Customer Copy

# EXHIBIT
## E

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. REGISTERED MAIL,*

*RETURN RECEIPTS-PROOF OF PURCHASE*

*April 18, 2014*          1
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

# EXHIBIT
# F

May 28. 2013

**To:**
Nick Vlahos, **President**
**Olympic Payroll**
64 US Highway 46 West
Pinebrook, New Jersey 07058

M. Ebad Rahman, **Finance Executive**
**IH Engineers, P.C.**
103 College Road East, 1st Floor
Princeton, New Jersey 08540

**From:**
Evan Christopher Spencer
**without prejudice**
285 Aycrigg Avenue #10b
Passaic, New Jersey [07055]

## TRUE BILL

This is an Order to pay:

**Drawee(s):** Nick Vlahos; M. Ebad Rahman

**In the Sum Certain of:** *nine thousand five hundred sixty two/thirty five:* **$9,562.35**

**Paid to the Order of:** Evan Christopher Spencer
285 Aycrigg Avenue #10b
Passaic, New Jersey 07055

**Drawer:**
Authorized Representative, UCC 3-402(b) (1)

RA364974011US

# EXHIBIT
## F

CERTIFIED AS TRUE COPY
OF

_TRUE BILL_

_April 18, 2014_   _1 of 2_
Date Certified    Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

## **CERTIFICATE OF ACKNOWLEDGMENT**

State of New Jersey    )
                            ) ss:
County of Middlesex    )

As a Notary Public for said County and State, I do hereby certify that on this _28th_ day of May, 2013 before me appeared **Evan Christopher Spencer,** who satisfactorily proved to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

Witness my hand and seal:

_DAVID J. LONGENHAGEN_
**Notary Name**

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

My Commission Expires: _July 2, 2015_     _(Notary Signature)_     _May 28 2013_
                                                     (Date)

# EXHIBIT
F

CERTIFIED AS TRUE COPY
OF

*TRVE BILL -*

*CERTIFICATE OF ACKNOWLEDGMENT*

*April 18, 2014*     *20F2*
Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to: Nick Vlahos, President,

OLYMPIC PAYROLL
64 US HIGHWAY 46 WEST
PINEBROOK, N.J. 07058

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                     7/2/13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☑ Yes

2. Article Number          7010 0290 0003 2774 6862
(Transfer from service label) 7010 0290 0003 2774 6862

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David John Longenhagen, Notary Public
323 Henry Street
South Amboy, N.J. 08879

---

$0.46
$3.10
$2.55
$0.00
$6.11

PINE BROOK NJ 07058

7010 0290 0003 2774 6862

PARSIPPANY, N.J. 07054
0284   01 1   2013   USPS
07/01/2013

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance...

Nick Vlahos, President, OLYMPIC PAYROLL
64 US HIGHWAY 46 WEST
PINEBROOK, N.J. 07058

# EXHIBIT
## F

CERTIFIED AS TRUE COPY
OF

*U.S.A.C. CERTIFIED MAIL,*
*RETURN RECEIPTS,*

*April 18, 2014*      /
Date Certified        Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: M. Ebad Rahman,

IH ENGINEERS, P.C.
103 COLLEGE ROAD EAST, 1st Floor
PRINCETON, N.J. 08540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jessica Rivera   7-3-13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number        7010 0290 0003 2774 6879
   (Transfer from service label)  7010 0290 0003 2774 6879

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David John Longenhagen, Notary Public
323 Henry Street
South Amboy, N.J. 08879

# EXHIBIT
## F

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. CERTIFIED MAIL,*

*RETURN RECEIPTS*

*April 18, 2014* / 
Date Certified   Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015

```
======================================
       PARSIPPANY POST OFFICE
       PARSIPPANY, New Jersey
            070549998
          3356730284-0096
07/01/2013 (800)275-8777 03:53:26 PM
======================================
======== Sales Receipt ========
Product        Sale Unit      Final
Description     Qty  Price     Price

PRINCETON NJ 08540             $0.46
Zone-1 First-Class
Letter
  0.60 oz.
Expected Delivery: Wed 07/03/13
Return Rcpt (Green            $2.55
  Card)
@@ Certified                 $3.10
  Label #:   70100290000327746879
                            ========
  Issue PVI:                 $6.11

PINE BROOK NJ 07058           $0.46
Zone-1 First-Class
Letter
  0.70 oz.
Expected Delivery: Tue 07/02/13
Return Rcpt (Green           $2.55
  Card)
@@ Certified                 $3.10
  Label #:   70100290000327746862
                            ========
  Issue PVI:                 $6.11

                           =========
Total:                       $12.22

Paid by:
Cash                         $12.25
Change Due:                  -$0.03

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
```

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
**************************************
**************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
**************************************
**************************************

Bill#:1000403878449
Clerk:01

All sales final on stamps and postage
  Refunds for guaranteed services only
       Thank you for your business
**************************************
**************************************
       HELP US SERVE YOU BETTER

              Go to:
    https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

        YOUR OPINION COUNTS
**************************************
**************************************


              Customer Copy

# EXHIBIT
# F

CERTIFIED AS TRUE COPY
OF

*U.S.P.S. CERTIFIED MAIL,*

*RETURN RECEIPTS - PROOF OF PURCHASE*

*April 18, 2014*

Date Certified          Page(s)

Notary

DAVID JOHN LONGENHAGEN
Notary Public
State of New Jersey
My Commission Expires Jul 2, 2015